# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 4:24-CR-19 (CDL)** |
| v. | : | |
| **COREY TURNER,** | : | |
| Defendant, | : | |
| **CORAL CRAWFORD,** | : | |
| Petitioner. | : | |

## FINAL ORDER OF FORFEITURE

On July 29, 2025, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 3554, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Corey Turner. The property subject to forfeiture included, but was not limited to the following, to wit: one (1) Girsan, Model: Regard MC, 9mm semi-automatic pistol, Serial Number: T6368-21A03260, with approximately fifteen (15) rounds of ammunition.

Pending now before the Court is the United States Motion and Memorandum for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by sending direct notice to any person, other than the Defendant, that

may have or claim a legal interest in the subject property, and by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n).

4. On September 5, 2025, *Pro Se* Third-Party Petitioner, Coral Crawford ("Petitioner") filed a Petition asserting his interest in the Girsan firearm as having been stolen. The Petition was docketed by the Clerk as a Motion for Return of Property/Post Trial.

5. Petitioner did not assert an interest in the following property, to wit: approximately fifteen (15) rounds of ammunition.

6. On September 17, 2025, the United States filed a Stipulated Settlement Agreement and Release of Claims entered into between the Government and Petitioner to compromise and settle any interest in the stolen Girsan firearm and a Motion for Entry of Consent Order. On September 18, 2025, the Court entered a Consent Order, in which the United States agreed to release the stolen Girsan firearm claimed by the Petitioner to him when no longer needed as evidence in this case.

7. Further, the Consent Order provided that the United States may reserve its right to void the Stipulated Settlement Agreement if, before transfer and release of the Girsan firearm, if the United States Attorney obtains new information indicating the Petitioner is prohibited from possessing firearms.

8. The Preliminary Order of Forfeiture was made final as to Defendant Turner at the time of his sentencing on October 7, 2025. Judgment was subsequently entered against Defendant Turner on October 8, 2025.

9. On December 18, 2025, a Declaration of Publication was filed, specifying the details of the internet publication.

10. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, including the Girsan firearm, and the time for filing such petitions has now expired.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The United States Department of Justice, Federal Bureau of Investigation, shall coordinate the release of the following firearm to *Pro Se* Third-Party Petitioner, Coral Crawford, 4901 Lapaloma Drive, Columbus, Georgia 31907, in full and final satisfaction of any and all claims which Petitioner may have or hereinafter have, to wit: one (1) Girsan, Model: Regard MC, 9mm semi-automatic pistol, Serial Number: T6368-21A03260. The release shall occur after the Girsan firearm is no longer needed to be held as evidence in this criminal case.

2. Alternatively, if it is determined that the Petitioner has become prohibited from possessing firearms, since the entry of the Stipulated Settlement Agreement and

Release of Claims and Consent Order, the United States may move to void the agreement between the parties.

3. Except as provided in paragraphs 1 and 2 of this section, the Court's July 29, 2025, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law: approximately fifteen (15) rounds of ammunition.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to FED. R. CRIM. P. 32.2(e).

SO ORDERED, this 19th day of December, 2025.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA